UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| NABONG, YOLANDA A | ) | CASE NO. 05-76078-MLB |
| | ) | |
| | ) | Judge  MANUEL BARBOSA |
| | ) | |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows;

| | | | | |
|---|---|---|---|---|
| 1. | Trustee's compensation | | $ | 1,354.32 |
| 2. | Trustee's expenses | | $ | 0.00 |
| | | TOTAL | $ | 1,354.32 |
| 3. | Chapter 11 Trustee's Compensation | | $ | 0.00 |
| 4. | Chapter 11 Trustee's Expenses | | $ | 0.00 |
| | | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | | |
|---|---|---|---|---|
| 1. | Attorney for the Trustee | | | |
| | a. Compensation | | $ | 1,600.00 |
| | b. Expenses | | $ | 31.19 |
| | c. Chapter 11 Compensation | | $ | 0.00 |
| | d. Chapter 11 Expenses | | $ | 0.00 |
| 2. | Accountant for the Trustee | | | |
| | a. Compensation | | $ | 0.00 |
| | b. Expenses | | $ | 0.00 |
| | c. Chapter 11 Compensation | | $ | 0.00 |
| | d. Chapter 11 Expenses | | $ | 0.00 |
| 3. | Other professional | | | |
| | | TOTAL | $ | 2,985.51 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above

DATED this ___ day of _____, 2007.

_____
MANUEL BARBOSA
UNITED STATES BANKRUPTCY JUDGE