Case Name:   YOLANDA A. NABONG
Case No:     05-76078

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  June 20, 2007            WILLIAM T. NEARY
                                 United States Trustee, Region 11


                         BY:     */s/ Carole J. Ryczek*
                                 CAROLE J. RYCZEK
                                 Attorney for the United States Trustee