UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| NABONG, YOLANDA A ) | CASE NO. 05-76078-MLB | |
| ) | | |
| Debtor(s). ) | Hon. MANUEL BARBOSA | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, JUDGEADDRESS

    On: Monday, July 16, 2007         Time: 9:30 A.M.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $6,043.16 |
    | Disbursements | $8.09 |
    | Net Cash Available for Distribution | $6,035.07 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $1,354.32 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $1,600.00 | $31.19 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |

7.    Claims of general unsecured creditors totaling $18,051.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 16.8932%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | GE Consumer Finance | $380.29 | $64.24 |
| 2 | Target National Bank (F.K.A. Retail | $50.86 | $8.59 |
| 3 | Target National Bank (F.K.A. Retail | $2,918.55 | $493.04 |
| 4 | SMC c/o HSBC Bank Nevada NA - Carson | $1,248.78 | $210.96 |
| 5 | Recovery Management Systems Corpora | $1,957.63 | $330.71 |
| 6 | Recovery Management Systems Corpora | $789.79 | $133.42 |
| 7 | Recovery Management Systems Corpora | $225.39 | $38.08 |
| 8 | Recovery Management Systems Corpora | $938.56 | $158.55 |
| 9 | Kohl's Department Store | $2,593.43 | $438.11 |
| 10 | Citibank/ Choice | $1,724.51 | $291.33 |
| 11 | Citibank/ Choice | $1,729.42 | $292.15 |
| 12 | Citibank/ Choice | $975.24 | $164.75 |
| 13 | Citibank/ Choice | $976.81 | $165.01 |
| 14 | Citibank (USA) N.A. | $336.34 | $56.82 |
| 15 | Citibank (USA) N.A. | $622.52 | $105.17 |
| 16 | Citibank USA, N.A. | $156.77 | $26.48 |
| 17 | Citibank USA, N.A. | $427.07 | $72.15 |

8.    Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |

9.    Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |

10.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site,

*www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash on hand | $20.00 |
| Savings Account | $200.00 |
| Checking Account | $200.00 |
| Household goods and furnishings | $1,400.00 |
| Beanie babies | $300.00 |
| Wearing Apparel | $400.00 |
| Jewelry | $75.00 |
| 401k | $50,000.00 |
| Profit sharing plan | $31,839.00 |

Dated: June 15, 2007                                    /s/      Daniel      M.      Donahue,      Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6078   Doc 25   Filed 06/21/07   Entered 06/23/07 23:36:46   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith             Page 1 of 1                 Date Rcvd: Jun 21, 2007
Case: 05-76078                Form ID: pdf002            Total Served: 40
```

The following entities were served by first class mail on Jun 23, 2007.
```
db          +Yolanda A. Nabong,    955 Sheffield Dr.,    Crystal Lake, IL 60014-7645
aty          Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty         +Laurence A Wilbrandt,    Robert A. Wilbrandt, Ltd.,    65 South Virginia St.,
              Crystal Lake, IL 60014-5852
tr           Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
10090069     AT & T Universal Card,    P.O. Box 688917,    Des Moines, IA 50368-8917
10090070     Bank Of America,    P.O. Box 1758,    Newark, NJ 07101-1758
10090072     CITI CARDS,    P.O. Box 68891,    Des Moines, IA 32255-0720
10090071     Carson Pirie Scott,    P.O. Box 10298,    Jackson, MS 39289-0298
10883522    +Citibank (USA) N.A.,    POB 182149,    Columbus OH 43218-2149
10885519    +Citibank USA N.A.,    DBA: The Home Depot,    POB 9025,    Des Moines IA 50368-9025
10885516    +Citibank USA, N.A.,    dba: Zales,    POB 9025,    Des Moines IA 50368-9025
10877098     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10090073    +Dinna Pallasique,    1078 Butler Dr.,    Crystal Lake, IL 60014-6927
10090074    +Elgin Savings Bank,    P.O. Box 667,    Elgin, IL 60121-0667
10090075     Exon Mobil Oil,    P.O. Box 4598,    Carol Stream, IL 60197-4598
10763037    +GE Consumer Finance,    For GE Money Bank,    dba Lenscrafters,    PO Box 960061,
              Orlando FL 32896-0061
10090076     J.C. Penney,    P.O. Box 960001,    Orlando, FL 32896-0001
10090077     Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
10784463    +Kohl's Department Store,    P O Box 740933,    Dallas, TX 75374-0933
10784464    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10090078     Lenscraft,    G E. Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
10090079     Lowes,    P.O. Box 530914,    Atlanta, GA 30353-0914
10090080     Marshall Fields,    P.O. Box 94578,    Cleveland, OH 44101-4578
10090067    +Nabong Yolanda A,    955 Sheffield Dr,    Crystal Lake, IL 60014-7645
10090068    +ROBERT A WILBRANDT LTD,    65 South Virginia Street,    Crystal Lake, IL 60014-5852
10777830    +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10777857    +Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10777828    +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10777829    +Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10776221    +SMC c/o HSBC Bank Nevada NA - Carson Pirie Scott,    BOX 19249,    SUGARLAND TX 77496-9249
10090081     Sam's Club,    P.O. Box 530942,    Atlanta, GA 30353-0942
10090082     Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
10090083     Sears Charge Plus,    P.O. Bxo 182149,    Columbus, OH 43218-2149
10090086     TJX-VISA,    Capital One Bank,    P.O. Box 790216,    St. Louis, MO 63179-0216
10090084    +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
10770823    +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10773750    +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10090085    +The Home Depot,    P.O. Box 689100,    Des Moines, IA 50368-9100
10090087     Wal Mart,    P.O. Box 960023,    Orlando, FL 32896-0023
10090088     Zales Credit Plan,    Processing Center,    Des Moines, IA 50364-0001
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**                     **Signature:**   _Joseph Speetjens_