UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| GERALD FORESMAN and | ) | NO. 98-53012 |
| MICHELLE A. FORESMAN, | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtors. | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:    THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed, with the exception of check number 1001 which became stale, was voided, and a new check number 1003 was issued and subsequently cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_____8-24-07_____           _____
DATE                                                TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 14th day of September, 2007.

WILLIAM T. NEARY
United States Trustee

By: _____
CAROLE RYCZEK
Attorney for the U.S. Trustee

**Bank of America**

```
CUSTOMER CONNECTION                       Account Number    4428689915
BANK OF AMERICA, N.A.                     01 01 148 06 M0000 E#      1
DALLAS, TEXAS  75283-2406                 Last Statement:    06/29/2007
                                          This Statement:    07/31/2007


                                          Customer Service
                                          1-877-757-8233
ESTATE OF
FORESMAN, GERALD, DEBTOR
FORESMAN MICHELLE A., DEBTOR              Page      1 of   2
DANIEL M. DONAHUE - TRUSTEE
98-53012                                  Bankruptcy Case Number: 9853012
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-09-13 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 06/30/2007 - 07/31/2007    Statement Beginning Balance      15,000.00
Number of Deposits/Credits              0   Amount of Deposits/Credits             .00
Number of Checks                        1   Amount of Checks                 15,000.00
Number of Other Debits                  0   Amount of Other Debits                 .00
                                            Statement Ending Balance               .00

Number of Enclosures                    1
                                            Service Charge                         .00
```

### Interest Information

```
Amount of Interest Paid          .00        Interest Paid Year-to-Date         732.68
Annual Percentage Yield Earned   .00%
```

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1002 | 15,000.00 | 07/13 | 3092558978 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/29 | 15,000.00 | 15,000.00 | 07/31 | .00 | .00 |
| 07/13 | .00 | .00 | | | |