UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 7 CASE
)
YOLANDA A. NABONG, ) NO. 05-76078
)
Debtor. ) JUDGE MANUEL BARBOSA
)

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_8-24-07_
DATE

_____
TRUSTEE

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 14th day of September, 2007.

WILLIAM T. NEARY
United States Trustee

By: _____
CAROLE RYCZEK
Assistant U.S. Trustee

**Bank of America**

```
CUSTOMER CONNECTION                         Account Number    4428690027
BANK OF AMERICA, N.A.                       01 01 148 06 M0000 ER    20
DALLAS, TEXAS  75283-2406                   Last Statement:   NEW ACCOUNT
                                            This Statement:   07/31/2007
```

```
                                            Customer Service
ESTATE OF                                   1-877-757-8233
NABONG, YOLANDA A, DEBTOR
DANIEL M. DONAHUE - TRUSTEE                 Page      1 of   2
05-76078
C/O GLOBAL GOVERNMENT BANKING               Bankruptcy Case Number:0576078
***** TX1-492-09-13 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 00/00/0000 - 07/31/2007    Statement Beginning Balance          .00
Number of Deposits/Credits            1     Amount of Deposits/Credits      6,042.47
Number of Checks                     20     Amount of Checks                6,042.47
Number of Other Debits                0     Amount of Other Debits               .00
                                            Statement Ending Balance             .00
Number of Enclosures                 20
                                            Service Charge                       .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/16 | | 6,042.47 | 04428689177->04428690027 | 0992500035 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,354.32 | 07/18 | 4392269356 | 110 | 158.94 | 07/25 | 3492416776 |
| 101 | 1,600.00 | 07/18 | 4392269355 | 111 | 439.18 | 07/24 | 9030602410 |
| 102 | 31.19 | 07/18 | 4392269354 | 112 | 292.03 | 07/27 | 4292273621 |
| 103 | 64.40 | 07/25 | 3492143657 | 113 | 292.86 | 07/27 | 4292273620 |
| 104 | 8.61 | 07/23 | 4192609235 | 114 | 165.15 | 07/27 | 4292273622 |
| 105 | 494.23 | 07/23 | 4192609236 | 115 | 165.42 | 07/27 | 4292273623 |
| 106 | 211.47 | 07/24 | 6030550720 | 116 | 56.96 | 07/23 | 4092004874 |
| 107 | 331.51 | 07/25 | 3492416774 | 117 | 105.42 | 07/23 | 4092004873 |
| 108 | 133.75 | 07/25 | 3492416775 | 118 | 26.54 | 07/25 | 3592918115 |
| 109 | 38.17 | 07/25 | 3492416777 | 119 | 72.32 | 07/25 | 3592918114 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 07/24 | 1,741.09 | 1,741.09 |
| 07/16 | 6,042.47 | 6,042.47 | 07/25 | 915.46 | 915.46 |
| 07/18 | 3,056.96 | 3,056.96 | 07/27 | .00 | .00 |
| 07/23 | 2,391.74 | 2,391.74 | 07/31 | .00 | .00 |